No. 71–1637. City of Burbank et al. *v.* Lockheed Air Terminal, Inc., et al. Appeal from C. A. 9th Cir. Probable jurisdiction noted.

No. 71–1694. Frontiero et vir *v.* Laird, Secretary of Defense, et al. Appeal from D. C. M. D. Ala. Probable jurisdiction noted.

No. 72–147. Bullock, Secretary of State of Texas, et al. *v.* Regester et al. Appeal from D. C. W. D. Tex. Probable jurisdiction noted.

No. 72–11. Palmore *v.* United States. Appeal from Ct. App. D. C. Motion to dispense with printing jurisdictional statement granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 71–1428. Hensley *v.* Municipal Court, San Jose-Milpitas Judicial District, Santa Clara County. C. A. 9th Cir. Certiorari granted.

No. 71–1459. United States *v.* Little Lake Misere Land Co., Inc., et al. C. A. 5th Cir. Certiorari granted.

No. 71–1598. Hodgson, Secretary of Labor *v.* Arnheim & Neely, Inc., et al. C. A. 3d Cir. Certiorari granted.

No. 71–1665. United States *v.* Cartwright, Executor. C. A. 2d Cir. Certiorari granted.